UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| KEVIN SCOTT ABREGO,<br><br>Plaintiff,<br><br>v.<br><br>FRANK BISIGNANO,<br>Commissioner of Social Security,<br><br>Defendant. | No. 2:25-cv-09005-JDE<br><br>ORDER AWARDING ATTORNEY FEES UNDER THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412(d) |

Based upon the parties' Stipulation (Dkt. 24), IT IS ORDERED that Plaintiff shall be awarded attorney's fees of $5,500 under 28 U.S.C. § 2412(d) and no costs, subject to the terms of the above-referenced Stipulation, and Plaintiff's prior Motion for EAJA fees (Dkt. 22) is DENIED as moot.

Dated: July 13, 2026 _____

_____
JOHN D. EARLY
United States Magistrate Judge